IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ANDREW R. GRASMICK,

    Petitioner,

v.

J.E. THOMAS, Warden,

    Respondent.

Civil No. 08-320-AC

ORDER

ACOSTA, Magistrate Judge.

    IT IS ORDERED that Petitioner's Motion to Voluntarily Dismiss Petition (#18) is GRANTED, and this action is DISMISSED, without prejudice.

    IT IS SO ORDERED.

    DATED this 19th day of August, 2008.

    John V. Acosta
    United States Magistrate Judge